IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE                                                                    PLAINTIFF

v.                        No. 4:18-cv-126-DPM

BARRY SIMS and GENISE-KEY                                              DEFENDANTS

## JUDGMENT

Randle's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 February 2018